UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| EUGENE DENMAN, | ) ED CV 14-2575-JFW (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF UNITED ) STATES MAGISTRATE JUDGE |
| v. | ) |
| SUPERIOR COURT OF CALIFORNIA, | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. Section 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed without prejudice.

DATED: March 16, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE