JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| EUGENE DENMAN, | ) ED CV 14-2575-JFW (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| SUPERIOR COURT OF CALIFORNIA, | ) |
| Respondent. | ) |

    Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: March 16, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE